UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA     )
                             )
        v.                   )          Docket No. 1:24-CR-00033-JL
                             )
SERGIO MARTINEZ, et al.      )
_____ )

APPEARANCE

Please enter my appearance as counsel for the United States of America in the above-entitled case.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

/s/ Heather A. Cherniske
Assistant U.S. Attorney
New Hampshire Bar # 19837
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
heather.cherniske@usdoj.gov

Date:  December 13, 2024